UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MOHD HAFIZ LOCKMAN,
MOHD YUZAIMI YUSOF,
KHANH THUONG NGUYEN,

Defendants.

26-CR-203 (DEH)

SCHEDULING ORDER

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and initial conference

with the Court on **Tuesday, June 9, 2026**, at **11:30 a.m.**, in Courtroom 905 of the Thurgood

Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: May 21, 2026
       New York, New York

DALE E. HO
United States District Judge