SHER TREMONTE LLP

June 10, 2026

**VIA ECF**

The Hon. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    ***United States v. Mohd Hafiz Lockman et al.***
       Case No.  26-CR-203 (DEH)

Dear Judge Ho:

We write on behalf of our client, Mohd Hafiz Lockman, to respectfully request that Mr. Lockman's home confinement condition be modified to a curfew, as directed by Pretrial Services and enforced through location monitoring.

Mr. Lockman was arrested on April 20, 2026 in connection with the above-captioned complaint. On April 22, 2026, Mr. Lockman appeared before Judge Ricardo, who released him subject to bail conditions. Under the terms of his bond, Mr. Lockman is currently on home detention with an ankle bracelet for location monitoring. Since those bond conditions were set in April, Mr. Lockman has complied with all conditions of his pretrial release. Mr. Lockman now requests that his home confinement condition be replaced by a curfew as directed by Pretrial Services. Pretrial Services will set the curfew hours at its discretion, communicate those hours with Mr. Lockman, and ensure compliance through location monitoring with an ankle bracelet.

We have conferred with the government and Pretrial Services regarding Mr. Lockman's proposed travel. Pretrial Services has advised that it consents to the conditions described above. The government has advised that it defers to Pretrial Services. Accordingly, we respectfully request that Mr. Lockman's home confinement condition be modified to a curfew, as directed by Pretrial Services and enforced through location monitoring.

The Hon. Dale E. Ho
June 10, 2026
Page 2

We appreciate the Court's consideration.

Respectfully submitted,

/s/  Brian Kidd
Brian Kidd
Alison Moe
Taylor Fontan
1120 20th Street NW, Ste 360
Washington, D.C. 20037
Tel: 212.202.2600
bkidd@shertremonte.com
amoe@shertremonte.com
tfontan@shertremonte.com

*Attorneys for Mohd Hafiz Lockman*

cc:    All counsel (via ECF)

Application **GRANTED.**  Mr. Lockman's bond condition of home confinement shall be replaced by a curfew as directed by Pretrial Services and enforced through location monitoring with an ankle bracelet.  The Clerk of Court is respectfully directed to close ECF No. 36. **SO ORDERED.**

Dated: June 11, 2026                                  Dale E. Ho
New York, New York                              United States District Judge