UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MOHD HAFIZ LOCKMAN,
MOHD YUZAIMI YUSOF,
KHANH THUONG NGUYEN,

Defendants.

26-CR-203 (DEH)

ORDER

DALE E. HO, United States District Judge:

Due to a conflict in the Court's calendar, it is hereby **ORDERED** that the conference previously scheduled for October 9, 2026, at 10:00 a.m. is **RESCHEDULED** for **October 9, 2026**, at **9:30 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: August 3, 2026
New York, New York

DALE E. HO
United States District Judge