SHER TREMONTE LLP

October 5, 2026

**Via ECF and Email**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application **GRANTED**. The status conference previously scheduled for October 9, 20206, is hereby adjourned to **November 16, 2026, at 10:00 a.m**. The Court excludes time through November 16, 2026, from the Speedy Trial Act calculation pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendants in a speedy trial because it will permit sufficient time for the Defendants to review discovery, consider and prepare potential pretrial motions, and discuss potential pretrial resolutions. **SO ORDERED.**

**Re: *United States v. Mohd Hafiz Lockman et al.*, Case No. 26 Cr. 203 (DEH)**

Dated: October 6, 2026
New York, New York

Dale E. Ho
United Stated District Judge

Dear Judge Ho:

We represent Mohd Hafiz Lockman ('Mr. Lockman"), a defendant in the above-mentioned matter. We write respectfully, and with the consent of the government and co-defendants, to request an approximately five-and-a-half-week adjournment of the status conference scheduled for October 9, 2026 at 9:30 A.M. This is Mr. Lockman's first request for adjournment or extension. We ask for this adjournment to afford the defendants additional time to review the materials produced by the Government and to allow for additional time to discuss a potential resolution of this matter.

Accordingly, we request an adjournment to any of the following days: November 16th, November 17th, and November 18th, 2026.

Finally, if the Court agrees to adjourn the status conference, Mr. Lockman requests, with no objection from the government or co-defendants, that the Court exclude time under the Speedy Trial Act through the date of the rescheduled conference to provide the defendants with sufficient time to review the discovery and to consider potential pretrial motions, as well as to discuss potential pretrial resolutions. Pursuant to the Court's Individual Practices in Criminal Cases, the defense will email Chambers a proposed order to exclude time. We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Brian Kidd*

Brian Kidd
Alison Moe
Taylor Fontan
1120 20th Street NW, Ste 360
Washington, D.C. 20037
Tel: 212.202.2600
*Attorneys for Mohd Hafiz Lockman*

(Enclosure by email)
cc: Counsel of record (by ECF and email)